UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

DENISE REID, *on behalf of*
*minor* S.R.,

          Plaintiff,

    v.                             CAUSE NO. 1:25cv657 DRL-ALT

COMMISSIONER OF SOCIAL
SECURITY,

          Defendant.

## ORDER

On June 24, 2026, United States Magistrate Judge Andrew L. Teel issued a report and recommendation [12] in which he recommended that this case be dismissed with prejudice pursuant to Fed. R. Civ. P. 16(f)(1) and the court's inherent power to manage its affairs because Denise Reid, *pro se*, failed to adhere to the court's orders or otherwise prosecute the case on behalf of her minor child. A copy of the magistrate's report and recommendation was mailed to Ms. Reid. No objections were filed by the July 13, 2026 deadline.

Satisfied with the well-reasoned report and recommendation and because no party has objected, the court ADOPTS the report in its entirety and DISMISSES this case with prejudice. This order thus terminates the case.

SO ORDERED.

July 14, 2026                            *s/ Damon R. Leichty*
                                           Judge, United States District Court